BRYAN SCHRODER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>DILLON ANDREW AAFEDT,<br><br>       Defendant. | No.<br><br>COUNT 1:<br>ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br> Vio. of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B).<br><br>CRIMINAL FORFEITURE ALLEGATION<br> Vio. of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

I N F O R M A T I O N

COUNT 1

On or about April 11, 2019, within the District of Alaska, the defendant, DILLON

ANDREW AAFEDT, intended to possess methamphetamine with the intent to distribute

it to another person by knowingly and intentionally placing orders for methamphetamine on the Dark Web and retrieving and opening the package the defendant believed contained methamphetamine, to wit: 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), the defendant, DILLON ANDREW AAFEDT, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

a. Glock 30, .45 caliber firearm, serial number TMW713

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

BRYAN SCHRODER
United States Attorney

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America